IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:07-CR-62-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALFONSO BARRIOS-VASQUEZ | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 25, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d), based upon the defendant pleading guilty to 18 U.S.C. § 922(g)(5) and 924, and entering into a Consent to Forfeiture as to the property listed in the October 25, 2007 Preliminary Order of Forfeiture, to wit: a Winchester, model 1400, 12-gauge shotgun, serial number N764096;

AND WHEREAS, on April 27, May 4 and 11, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's October 25, 2007 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the October 25, 2007 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice or the United States Department of the Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of the Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the United States Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __22__ of day __July__, 2008.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE